# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2025

*The Court of Appeals hereby passes the following order:*

## A25I0124. SAMUEL ADAMS v. THE STATE.

On November 18, 2024, the trial court entered an order denying Samuel Adams's motion to suppress. Adams obtained a certificate of immediate review on November 19, and he filed this application for interlocutory appeal on December 18, 2024. We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. The application to this Court then must be made "within ten days after such certificate is granted." Id. The requirements of OCGA § 5-6-34 (b) are jurisdictional, and if a party seeking interlocutory review does not comply with these requirements, the party must wait until final judgment to appeal. See *Islamkhan v. Khan*, 299 Ga. 548, 551 (2) (787 SE2d 731) (2016).

Here, Adams filed his application for interlocutory appeal 29 days after the trial court issued the certificate of immediate review. Accordingly, we lack jurisdiction, and this application is hereby DISMISSED. See *Genter v. State*, 218 Ga. App. 311, 311 (460 SE2d 879) (1995).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  01/02/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.